# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

              vs.

JOSE PAULINO MALDONADO-GARCIA
(1),

                    Defendant.

CASE NO. 11CR0789-WQH

**JUDGMENT OF DISMISSAL**

 

 

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____   an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X__   the Court has granted the motion of the Government for dismissal,
       without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of
       acquittal; or

____   a jury has been waived, and the Court has found the defendant not
       guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X__   of the offense(s) as charged in the Indictment:

       8:1326(a) and (b)

_____

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 15, 2011

_____
Bernard G. Skomal
U.S. Magistrate Judge